**AMERICAN CABLE TECHNOLOGIES SERVICES, INC. Appellant,**

v.

**AMERICAN TELEPHONE & TELEGRAPH, CO. Appellee.**

No. 01–2272.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 13, 2001.

Filed Jan. 3, 2002.

Before LOKEN, RICHARD S. ARNOLD and BYE, Circuit Judges.

PER CURIAM.

American Cable Technologies Services, Inc. (ACTS) brought suit against American Telephone & Telegraph, Co. (AT & T) alleging AT & T tortiously interfered with ACTS's contractual relationship with Southwestern Bell Telephone Company (SWB). The district court[1] granted AT & T's motion for summary judgment, finding ACTS had failed to meet its burden of establishing the essential elements of tortious interference.

To state a cause of action for tortious interference with a contract or business expectancy under Missouri law, a plaintiff must show each of the following: (1) the existence of a contract or valid business expectancy; (2) the defendant's knowledge of the contract or expectancy; (3) a breach induced or caused by defendant's intentional interference; (4) absence of justification for the interference; and (5) dam-

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

ages. *See Rice v. Hodapp,* 919 S.W.2d 240, 245 (Mo.1996). The district court found ACTS failed to generate a fact issue on intent, causation and justification. Having reviewed the record, we conclude summary judgment was properly granted for the reasons set out in the district court's opinion and order. We therefore affirm the judgment of the district court pursuant to 8th Cir. R. 47B.